UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Joseph Griffiths</u>

    v.                          Civil No. 08-cv-00507-JL

<u>Certain Underwriters at</u>
<u>Lloyds, London</u>


## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE


The Preliminary Pretrial Conference was held in open court on **May 26, 2009.**

The Discovery Plan (document no. 10) is approved as submitted, with the following changes:

- Trial – **April, 2010**

Based on the discussions at the conference, the following affirmative defenses are **stricken** without prejudice to being reinstated on request if warranted by the evidence:  Lloyd's third (waiver), fourth (occurrence of conditions precedent), fifth (plaintiff's breach), eighth (improper service) and ninth (misnamed defendant), as well as Stokes' identical defenses.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge


Dated:  May 28, 2009
cc:  Joseph Griffiths, pro se
     Ralph Suozzo, Esq.