UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joseph Griffiths

    v.                       Civil No. 08-cv-00507-JL

Certain Underwriters at
Lloyd's London, et al.

**O R D E R**

All of Griffiths's pending motions and petitions (document nos. 64-70, and 72-76) are DENIED.  Before making any of these filings, Griffiths filed a notice of appeal, which divested this court of authority to adjudicate this case by placing that authority in the court of appeals.  See United States v. Brooks, 145 F.3d 446, 455 (1st Cir. 1998).  While this rule has a few limited exceptions, see id. at 456, none of them applies to any of the pending motions or petitions, save for the petitions for transcripts and a PACER account at government expense (document nos. 66-67) and "for Court Disclosures" relative to its rulings in other pro se cases (document no. 72).  Those motions, then, are denied:  Griffiths has not satisfied the conditions necessary to obtain transcripts at government expense, see 28 U.S.C. § 753(f); there is no fee to register for a PACER account, see www.pacer.gov/reg_pacer.html; and this court's opinions are searchable for free on its publicly available website.

**SO ORDERED.**

/s/ Joe Laplante
Joseph N. Laplante
United States District Judge

Dated: July 1, 2010

cc: Joseph Griffiths, pro se
 Ralph Suozzo, Esq.
 Grace V.B. Garcia, Esq.